UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Zarconia Shelton**<br>Plaintiff,<br><br>v.<br><br>**Clarity Services, Inc.**<br>Defendant. | Case No. 2:25-cv-12850<br>Honorable Susan K. DeClercq<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER FOR PARTIES TO ENGAGE IN A CONFERENCE UNDER FED. R. CIV. P. 26(f), TO FILE A DISCOVERY PLAN, AND TO APPEAR FOR A SCHEDULING CONFERENCE

Counsel must meet and confer **in person or by video conference** to prepare and then file a joint discovery plan as described in Federal Rule of Civil Procedures 26(f)(3)(A)-(F), as well as (1) a brief summary of the case, (2) whether there may be amendments to pleadings, (3) other anticipated motion practice, (4) the basis for subject-matter jurisdiction, and (5) other related litigation, by [February 6, 2026].  Counsel must address during their meet and confer and in the joint discovery plan whether they wish to engage in alternative dispute resolution (ADR), the form of ADR they prefer, and the proposed timing of the ADR.  And counsel must appear for a remote scheduling conference on [February 13, 2026, at 1:00 pm].

Dated: January 21, 2026  
Detroit, Michigan

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 21, 2026.

s/Davon Allen  
DAVON ALLEN  
Case Manager